UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

TOUSA, INC., *et al.,*

        Debtors.
_____/

Case No. 08-10928-JKO
Chapter 11 Cases
(Jointly Administered)

TOUSA HOMES, INC.,

        Plaintiff,
v.

JAYHAWK GRADING, INC.,

        Defendant.
_____/

Adv. Pro. No. 10-01264-JKO

## **PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, TOUSA Homes, Inc., pursuant to Fed. R. Civ. P. 26(a)(1), incorporated herein by Fed. R. Bankr. P. 7026, hereby submits to Defendant its initial disclosures:

**I.** **Name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

    A.    Representatives of TOUSA Homes, Inc.. The representatives of TOUSA Homes, Inc. have knowledge regarding transactions between Plaintiff and the Defendant, account history, history of payments and course of dealings between the parties.

    B.    Representatives of the other TOUSA Debtors.[1]

---

[1] The Debtors in the cases include: TOUSA, Inc.; Engle Homes Commercial Construction, LLC; Engle Homes Delaware, Inc.; Engle Homes Residential Construction, L.L.C.; Engle Sierra Verde P4, LLC; Engle/Gilligan LLC; Engle/James LLC; LB/TE #1, LLC; Lorton South Condominium, LLC; McKay Landing LLC; Newmark Homes Business Trust; Newmark Homes Purchasing, L.P.; Newmark Homes, L.L.C.; Newmark Homes, L.P.; Preferred Builders Realty, Inc.; Reflection Key, LLC; Silverlake Interests, L.L.C.; TOI, LLC; TOUSA Associates Services Company; TOUSA Delaware, Inc.; TOUSA Funding, LLC; TOUSA Homes Arizona, LLC; TOUSA Homes Colorado, LLC; TOUSA Homes Florida, L.P.; TOUSA Homes Investment #1, Inc.; TOUSA Homes Investment #2,

  C. All witnesses listed by Defendant in its Initial Disclosures.

  D. Plaintiff reserves the right to amend and supplement this list when the discovery process has been completed.

**II. Description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody and control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

  A. All records evidencing payment from Plaintiff to Defendant.

  B. All financial records of Plaintiff concerning Defendant, including but not limited to checks and invoices.

  C. All of Plaintiff's files concerning Defendant including, but not limited to, documents evidencing or tending to evidence the parties' dealings.

  D. All correspondence between Plaintiff and Defendant evidencing payment from the Plaintiff.

  E. All monthly operating reports filed in these bankruptcy cases.

  F. All pleadings filed in the Debtors' bankruptcy cases.

  G. All documents listed in Defendant's Initial Disclosures.

  H. Plaintiff reserves the right to amend and supplement this list when the discovery process has been completed.

**III. Computation of Damages:**

  A. Plaintiff claims damages in the amount of $37,498.30, plus fees and costs.

  B. Plaintiff reserves the right to amend and supplement this list when the discovery process has been completed.

---

Inc.; TOUSA Homes Investment #2, LLC; TOUSA Homes Mid-Atlantic Holding, LLC; TOUSA Homes Mid-Atlantic, LLC; TOUSA Homes Nevada, LLC; TOUSA Homes, Inc.; TOUSA Homes, L.P.; TOUSA Investment #2, Inc.; TOUSA Mid-Atlantic Investment, LLC; TOUSA Realty, Inc.; TOUSA, LLC; and TOUSA/West Holdings, Inc.

**IV.    Existence of Insurance Agreements Which May Provide Coverage All or Part of Any Judgment:**

A.    To Plaintiff's knowledge, no such insurance agreements exist.

Dated: June 29, 2010

Respectfully Submitted,

BERGER SINGERMAN, P.A.
Attorneys for Plaintiff
200 South Biscayne Blvd., Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:    */s/ Kristopher E. Aungst*
Kristopher E. Aungst
Florida Bar No. 055348
kaungst@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system, upon David A. Carter, Esq., David A. Carter, P.A., 1900 Glades Road, Ste. 401, Boca Raton, FL 33431, dacpa@bellsouth.net, counsel for Defendant on this 29th day of June, 2010.

*/s/ Kristopher E. Aungst*
Kristopher E. Aungst